UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2016-3235

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

Order Filed on March 27, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Paul S. Bary

Case No.:   17-28523-ABA

Hearing Date: 04/25/2018

Judge:   Honorable Andrew B. Altenburg, Jr.

Chapter:  13

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through two (2)    is

hereby **ORDERED**.

**DATED: March 27, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page 2**

Debtor: Paul S. Bary

Case No.: 17-28523-ABA

Caption of Order:              ORDER RESOLVING OBJECTION TO CONFIRMATION

Upon the objection to confirmation of debtor's plan and Powers Kirn, LLC, Attorney for CitiMortgage, Inc., appearing and for cause shown, it is

**ORDERED** as follows:

1.      The objection to confirmation filed on behalf of CitiMortgage, Inc., is hereby resolved as the debtor's modified plan filed March 13, 2018, provides for payment in full of the pre-petition arrears due claimed by CitiMortgage, Inc., in the amount of $33,385.71 as set forth in Claim #3.

2.      Debtor agrees to tender the post-petition mortgage payments directly to CitiMortgage, Inc., in the current amount of $1,029.67, which amount is subject to change on notice to the debtor, debtor's counsel and the Court.

3.      The Mortgagee shall serve a copy of this Order upon the debtor, debtor's counsel, and the Standing Chapter 13 Trustee.