UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)
2016-3235

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

Order Filed on September 10, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Paul S. Bary

Case No.: 17-28523-ABA

Hearing Date: 08/28/2018

Judge: Honorable Andrew B. Altenburg, Jr.

Chapter: 13

## ORDER CURING ARREARS AND PROVIDING FOR FURTHER DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 10, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page 2**
Debtor: Paul S. Bary
Case No.: 17-28523-ABA

Caption of Order:     ORDER CURING ARREARS AND PROVIDING
                          FOR FURTHER DEFAULT

---

Upon the motion of Powers Kirn, LLC, Attorney for CitiMortgage, Inc., debtor(s)' mortgagee, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown, it is

**ORDERED** as follows:

1. Debtor(s) shall resume regular monthly mortgage payments starting on September 1, 2018.

2. The mortgagee is awarded a counsel fee and costs of $531.00 on this application, which sum shall be collected and disbursed by the standing trustee in addition to the mortgagee's claim.

3. Should debtor(s) default in any payment for a period exceeding thirty (30) days, upon certification of mortgagee's attorney, with notice to the trustee, debtor and debtor's attorney, if any, but without further hearing, the stay shall be vacated by further order of this Court.

4. The movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Paul S Bary  
     Debtor

Case No. 17-28523-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Sep 10, 2018  
                           Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2018.  
db         +Paul S Bary,    1105 Cinnaminson Ave.,    Cinnaminson, NJ 08077-2102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2018 at the address(es) listed below:

        Denise E. Carlon    on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
        Rebecca Ann Solarz    on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1 rsolarz@kmllawgroup.com  
        Seymour Wasserstrum    on behalf of Debtor Paul S Bary mylawyer7@aol.com, ecf@seymourlaw.net  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
        William M.E. Powers    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com  
        William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com  
                                                                                                 TOTAL: 8