Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−28523−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Paul S Bary
   1105 Cinnaminson Ave.
   Cinnaminson, NJ 08077

Social Security No.:
   xxx−xx−0461

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/13/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 13, 2020
JAN: bc

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-28523-ABA
Paul S Bary                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Feb 13, 2020
                              Form ID: 148             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2020.
```
db                +Paul S Bary,    1105 Cinnaminson Ave.,    Cinnaminson, NJ 08077-2102
517243527         +AmeriCredit Financial Services, Inc.,    dba GM Financial,    Morton & Craig, LLC,
                   110 Marter Avenue, Suite 301,    Moorestown, NJ 08057-3125
517403604         +Cascade Funding Mortgage Trust 2017-1,    KML Law Group, P.C.,    216 Haddon Avenue, Suite 406,
                   Westmont, NJ 08108-2812
517063131         +Cinnaminson Sewer Authority,    1621 Riverton Rd,    Riverton, NJ 08077-2325
517124136         #CitiMortgage, Inc,    P.O. Box 688971,    Des Moines, IA 50368-8971
517129080          CitiMortgage, Inc.,    PO Box 6030,    Sioux Falls, SD  57117-6030
517071872         +CitiMortgage, Inc.,    Powers Kirn, LLC,    728 Marne Highway, Suite 200,
                   Moorestown, NJ 08057-3128
517904675         +CitiMortgage, Inc., c/o Cenlar FSB,    425 Phillips Blvd.,    Ewing NJ 08618-1430
517904676         +CitiMortgage, Inc., c/o Cenlar FSB,    425 Phillips Blvd.,    Ewing NJ, 08618,
                   CitiMortgage, Inc., c/o Cenlar FSB,    425 Phillips Blvd.,    Ewing NJ 08618-1430
517063140          Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                   Trenton, NJ 08625-0112
517063142         ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                   TRENTON NJ 08646-0245
                  (address filed with court: State Of New Jersey,    P.O. Box 245,
                   Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg                E-mail/Text: usanj.njbankr@usdoj.gov Feb 14 2020 01:09:18      U.S. Attorney,   970 Broad St.,
                   Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg               +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 14 2020 01:09:14      United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                   Newark, NJ 07102-5235
cr                +EDI: PHINAMERI.COM Feb 14 2020 05:18:00      Americredit Financial Services, Inc., d/b/a GM Fin,
                   4000 Embarcadero Dr.,    Arlington, TX 76014-4101
517243528          EDI: PHINAMERI.COM Feb 14 2020 05:18:00      AmeriCredit Financial Services, Inc.,
                   dba GM Financial,    4000 Embarcadero Dr.,    Arlington, Texas 76014
517099678          EDI: PHINAMERI.COM Feb 14 2020 05:18:00      AmeriCredit Financial Services, Inc.,
                   dba GM Financial,    P O Box 183853,    Arlington, TX 76096
517156935         +EDI: PHINAMERI.COM Feb 14 2020 05:18:00      AmeriCredit Financial Services, Inc., dba GM Finan,
                   P O Box 183853,    Arlington, TX 76096-3853
517231847          E-mail/PDF: resurgentbknotifications@resurgent.com Feb 14 2020 01:12:33
                   Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                   Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                   Greenville, SC 29603-0587
517063130         +EDI: CAPITALONE.COM Feb 14 2020 05:18:00      Capital One,    PO Box 30281,
                   Salt Lake, UT 84130-0281
517063132          EDI: CIAC.COM Feb 14 2020 05:18:00      Citi Mortgage,    P.O. Box 183040,
                   Columbus, OH 43218-3040
517063133         +E-mail/PDF: creditonebknotifications@resurgent.com Feb 14 2020 01:12:26      Credit One Bank,
                   PO BOX 98873,    Las Vegas, NV 89193-8873
517063134         +EDI: AMINFOFP.COM Feb 14 2020 05:18:00      First Premier,    3820 N Louise Ave,
                   Sioux Falls, SD 57107-0145
517063135          EDI: PHINAMERI.COM Feb 14 2020 05:18:00      GM Financial,    PO Box 181145,
                   Arlington, TX 76096-1145
517063138         +EDI: IRS.COM Feb 14 2020 05:18:00      IRS,   1601 Market St,    Philadelphia, PA 19103-2301
517235055          E-mail/PDF: resurgentbknotifications@resurgent.com Feb 14 2020 01:13:25
                   LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517063141          EDI: PRA.COM Feb 14 2020 05:18:00      Portfolio Recovery,    120 Corporate Blvd Ste 1,
                   Norfolk, VA 23502
517263055          EDI: PRA.COM Feb 14 2020 05:18:00      Portfolio Recovery Associates, LLC,    POB 41067,
                   Norfolk, VA 23541
517163720         +EDI: JEFFERSONCAP.COM Feb 14 2020 05:18:00      Premier Bankcard, Llc,
                   Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517163720         +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 14 2020 01:09:39      Premier Bankcard, Llc,
                   Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517171275         +EDI: AIS.COM Feb 14 2020 05:23:00      Verizon,    by American InfoSource LP as agent,
                   4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 19

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517063136*       IRS,   PO Box 744,    Springfield, NJ 07081-0744
517063137*       IRS,   PO Box 725,    Special Procedures Function,    Springfield, NJ 7081
517063139*      +Irs,   P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1          User: admin                Page 2 of 2               Date Rcvd: Feb 13, 2020
                              Form ID: 148               Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
               Financial ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1
               rsolarz@kmllawgroup.com
              Seymour    Wasserstrum    on behalf of Debtor Paul S Bary mylawyer7@aol.com,   ecf@seymourlaw.net
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William M. E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
              William M.E. Powers    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                                                                TOTAL: 10
```